IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY M. BLEVINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:13-CV-25-WKW |
| | ) |
| DONALD CHARLES MUNRO, II, | ) |
| and JULIA S. MUNRO, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On June 19, 2013, the Magistrate Judge filed a Report and Recommendation (Doc. # 41) regarding Plaintiff's Motion to Remand (Doc. # 1). No timely objections have been filed. Based upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 41) is ADOPTED;

2. Plaintiff's Motion to Remand (Doc. # 1) is GRANTED, and this case is REMANDED to the Circuit Court of Elmore County, Alabama. The Clerk of the Court is DIRECTED to take appropriate steps to effect the remand.

DONE this 9th day of July, 2013.

            /s/ W. Keith Watkins
          CHIEF UNITED STATES DISTRICT JUDGE